**E-FILED**
Friday, 24 February, 2006  09:25:55 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **THE DUDGEON COMPANY,** ) | |
| **a Delaware Corporation,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **Case No. 05-CV-2265** |
| ) | |
| **EAST-WEST YACHTS, INC., and** ) | |
| **GREGORY BRACKEN,** ) | |
| ) | |
| **Defendants.** ) | |

## OPINION

A Report and Recommendation (#13) was filed by Magistrate Judge David G. Bernthal in the above cause on January 19, 2006.  On February 2, 2006, Defendants, East-West Yachts, Inc. and Gregory Bracken, filed their Objections to Report and Recommendation (#14).  On February 14, 2006, Plaintiff, the Dudgeon Company, filed its Opposition to Defendants' Objections (#15).

This court has carefully reviewed the Magistrate Judge's reasoning, Defendants' Objections, and Plaintiff's Response.  This court notes that it agrees with Plaintiff that this court cannot properly consider evidence and arguments that were not presented to the Magistrate Judge.  Ordinarily, arguments raised for the first time in an objection are waived.  See United States v. Melgar, 227 F.3d 1038, 1040 (7th Cir. 2000); Hopson v. Davis, 2006 WL 285991, at *1 (S.D. Ill. 2006).  Following this court's careful and thorough de novo review, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#13).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#13) is accepted by this court.

(2) Plaintiff's Motion to Dismiss Count XIII (#2) is GRANTED.

(3) Plaintiff's Motion to Remand (#12) is GRANTED.  This case is remanded to state court.

(4) The remaining pending motions are therefore MOOT.

(5) This case is terminated.

ENTERED this 24th day of February, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE